

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JONATHAN CISNEROS,<br><br>Defendant. | Case No. 2:26-MJ-00738<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)] |

On February 10, 2026, Defendant Jonathan Cisneros made his initial on a petition for revocation of supervised release. The Federal Public Defender's Office, by DFPD Howard Shneider, was appointed to represent Defendant. The government was represented by Assistant U.S. Attorney Julius Xu. A contested detention hearing was held.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that:

A.    ☒    Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

The allegations in the Petition, principally, that Mr. Cisneros was released from custody and transported to a residential drug treatment program, as ordered by the District Judge, and he absconded before even completing the intake process at the facility. This occurred in late 2025, and Ms. Cisneros has not reported to his Probation Officer in the meantime.

B.    ☐    Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

*Given the finding with respect to non-appearance, the Court declines to make any finding with respect to danger to the community.*

IT IS THEREFORE ORDERED that the defendant is remanded to the custody of the U.S. Marshal pending further proceedings in this matter.

Dated: February 10, 2026

_____/s/_____
BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE